# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 22, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

135223

PEOPLE OF THE STATE OF MICHIGAN,
            Plaintiff-Appellee,

v                                                         SC: 135223
                                                          COA: 280163
                                                          Wayne CC: 06-008415-01
JENNIFER LEE COLE,
            Defendant-Appellant.

_____/

    On order of the Court, the application for leave to appeal the September 28, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



    I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 22, 2008

d0114

Clerk